UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) CRIMINAL ACTION NO. 12 CR 791-2 |
| STEVE LEWIS, | ) |
| | ) |
| Defendant | ) FILED ELECTRONICALLY |

## MOTION TO CONTINUE SENTENCING DATE

AND NOW, to wit, this __6th__ day of November, 2014, comes the above named Defendant, by and through his attorneys, Leonard G. Ambrose III, Esq. and Ronald DiNicola, Esq., and respectfully moves this Court to continue the sentencing date from February 6, 2015 at 2:00 pm (CT) for thirty (30) days and in support thereof sets forth as follows:

1. On October 24, 2014, the defendant entered a plea to Count Nine (9) of the Indictment charging a violation of 18 U. S. C. § 1014.

2. At the conclusion of the change of plea hearing, this Court set a sentencing date for February 6, 2015 at 2:00 pm (CT).

3. The defendant needs additional time to finish several important projects which will be completed by the end of February 2015.

4. Defendant's counsel has a trial scheduled during the February sentencing date.

5. Assistant United States Attorney Rick Young was advised of this request and indicated, in an email response, that he has no objection to said request.

6. The continuance will in no way prejudice the rights of the Government and/or the Defendant.

WHEREFORE, the defendant respectfully requests that this Court enter an Order continuing his sentencing date for thirty (30) days from February 6, 2015 for the reasons set forth herein.

Respectfully submitted,

**AMBROSE LAW FIRM**

By: /s/ Leonard G. Ambrose, III
Leonard G. Ambrose, III
Pa. Atty. I.D. #18824
319 W. 8th St.
Erie, PA 16502
Ph: (814) 459-5900
Fax: (814) 459-0968
Email: lambrose@ambroselawfirm.net

*Attorneys for Defendant,*
*Steve Lewis*

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) |
| | ) CRIMINAL ACTION NO. 12 CR 791-2 |
| STEVE LEWIS, | ) |
| | ) |
| Defendant | ) FILED ELECTRONICALLY |

### CERTIFICATE OF SERVICE

I hereby certify that on November **6**, 2014, I electronically submitted the foregoing document to the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following counsel of record, who by rule, have consented to accept the Notice as service of this document by electronic means:

Rick D. Young
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604
(312) 353-5300
Email: rick.young@usdoj.gov

Andrew S. Boutros
Assistant U.S. Attorney
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604
(312) 353-5300
Email: aboutros@usa.doj.gov

Harold Mark Garfinkel
Law Offices of Hal Garfinkel
111 West Washington #1301
Chicago, IL 60602
(312) 629-0669
Email: hal@halgarfinkellaw.com

Robert A. Fisher
Robert A. Fisher, Ltd.
20 South Clark Street, Suite 700
Chicago, IL 60603
(312) 372-8888
Fax: (312) 372-8887
Email: raf@rfisher-law.com

**AMBROSE LAW FIRM**

By: /s/ Leonard G. Ambrose, III
Leonard G. Ambrose, III
Pa. Atty. I.D. #18824
319 W. 8th St.
Erie, PA 16502